**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
Shawn Banks o/b/o D.B., a minor,                      )
                                                      )
                    Plaintiff,                        )
                                                      )
         v.                                           )    Civil Action No. 09-990 (RBW)
                                                      )
District of Columbia,                                 )
                                                      )
                    Defendant.                        )
                                                      )
_____)

### ORDER

For the reasons that are set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment **DENIED** without

prejudice.  It is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment is **DENIED**

without prejudice.  It is further

**ORDERED** that this case is remanded to the administrative hearing officer to make a

determination as to whether the School System's failure to provide all of the services in D.B.'s

Individualized Education Program constituted a denial of a free appropriate public education,

and to articulate the reasons for his determination within sixty (60) days of the issuance of this

Order.  If the hearing officer finds that a violation occurred, he must determine what constitutes

an appropriate compensatory education award for D.B.

**SO ORDERED** this 6th day of July, 2010.

                                        _____/s/_____
                                        Reggie B. Walton
                                        United States District Judge